IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR209 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| IGNACIO LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 20th day of January, 2010, this matter comes on before the Court upon the United States' Motion to strike the Preliminary Order of Forfeiture in this case, dismiss the forfeiture count and close the forfeiture case. The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained.

IT IS THEREFORE ORDERED as follows:

1. The United States' Motion is hereby sustained.

2. The Preliminary Order of Forfeiture is stricken.

3. Count IV of the Second Superseding Indictment is dismissed.

4. The forfeiture pertaining to this case is closed

ORDERED this 20th day of January, 2010.

**BY THE COURT:**

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, JUDGE**
**United States District Court**